# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEORGE K. C. PRINGLE,

    Petitioner,

v.                              Case No. 4:18cv475-MW/CAS

STATE OF FLORIDA
and
FLORIDA STATE HOSPITAL,

    Respondents.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 16. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 5, is **DISMISSED** without prejudice. The pending motions are **DENIED**. ECF Nos. 7, 10, 11, and 12. The Affidavit of Duress, ECF No. 8, and "Res Judicata" document, ECF No. 13, are

1

**TERMINATED**. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 18, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**